IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

IN RE: )
) CASE No. BK 09-40067
FIRST AMERICANS INSURANCE, INC., ) CHAPTER 7
)
DEBTOR. )
)

REPORT OF DIVIDENDS DEPOSITED PURSUANT TO
BANKRUPTCY RULE 3010

Pursuant to Bankruptcy Rule 3010, a check has been tendered to Clerk of the United States Bankruptcy Court, in the amount of $4,796.63, representing a dividend for the following claimants:

| Claim No. | Claimant (Name and Address) | Amount |
|---|---|---|
| 32 | Robert Thompson, 18 Martinview Court, Lemoynem NE 69146 | $1,157.91 |
| 46 | Fern Traudt, 3423 Kelly St, Apt 204, Grand Island, NE 68803 | $2,885.37 |
| 212 | Freeland Bertz Trust, PO Box 18, Oshkosh, NE 68154 | $ 753.35 |

Dated:

s/Thomas D. Stalnaker
Thomas D. Stalnaker, #13990
STALNAKER, BECKER & BURESH, P.C.
P. O. Box 24268
Omaha, Nebraska 68124
(402) 393-5421
Trustee in Bankruptcy

CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2017, I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to Patricia D. Fahey.

s/Thomas D. Stalnaker
Thomas D. Stalnaker